United States v. Yamasaka, 100 Fed. 404, 40 C. C. A. 454; De Bruler v. Gallo (C. C. A.) 184 Fed. 566.

Both of the pending motions are denied, the judgment of the District Court of Montana is affirmed, and the case is remanded for such further proceedings as may be necessary to execute the warrant for deportation of the appellant.

---

## SUZUKI v. HIGGINS.

(Circuit Court of Appeals, Ninth Circuit.   May 23, 1911.)

### No. 1,955.

Appeal from the District Court of the United States for the District of Montana.

Habeas corpus by Karatura Suzuki to obtain her release from the custody of Martin L. Higgins under a deportation warrant. From an order denying the writ, petitioner appeals. Affirmed.

Galen & Mettler, for appellant.

James W. Freeman, U. S. Atty., and S. C. Ford, Asst. U. S. Atty., for appellee.

Before GILBERT and MORROW, Circuit Judges, and HANFORD, District Judge.

PER CURIAM. This case is like the one that precedes it in numerical order (187 Fed. 601), and it will be disposed of by orders of the same import as the orders to be entered pursuant to directions contained in the opinion of the court in that case.

---

## H. KRANTZ MFG. CO. v. ALTMAN et al.

(Circuit Court of Appeals, Second Circuit.   April 10, 1911.)

### No. 220.

PATENTS (§ 328*)—NOVELTY—ELECTRICAL PANEL-BOARD.
    The Krantz patent, No. 705,850, for an electrical panel-board, is void for lack of patentable novelty.

Appeal from the Circuit Court of the United States for the Southern District of New York.

Suit in equity by the H. Krantz Manufacturing Company against Benjamin Altman and Michael Friedsam. Decree for defendants, and complainant appeals. Affirmed.

This cause comes here upon appeal from a decree dismissing a bill of complaint, in the usual form, alleging infringement of claims 1 and 3 of United States patent No. 705,850 for electrical panel-board, issued July 29, 1902, to Hubert Krantz.

F. Warren Wright, for appellant.
Eidlitz & Hulse (C. P. Goepel, of counsel), for appellees.

Before LACOMBE, COXE, and NOYES, Circuit Judges.

---